UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | **DATE** | **CASE NUMBER** |
| JANICE MARIE BENNETT | March 13, 2024 | 23-80275 |
| Debtor(s) | | |

### MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS COMBINED WITH NOTICE OF THE MOTION AND OF HEARING THEREON

The trustee in this case states that the Debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the debtor to the trustee have not been made as proposed.

WHEREFORE, the trustee moves that the subject case be dismissed pursuant to 11 U.S.C. 1307(c).

PLEASE TAKE NOTICE that I will appear before the Honorable Thomas M. Lynch or any judge sitting in that Judge's place **either** in courtroom 3100 of the Stanley J. Roszkowski U.S. Courthouse, 327 South Church St, Rockford, Illinois 61101 **or** electronically as described below at the following date and time:

**April 18, 2024 at 8:50 AM**

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.   All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 291 5226 and password is 852255. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Lydia S. Meyer
LYDIA S. MEYER, Trustee
Post Office Box 14127
Rockford, IL   61105-4127

### CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a copy of this notice and motion was mailed to the debtor(s) in envelopes addressed as indicated below bearing first class postal indicia on the 13 day of March 2024 and a copy of the notice and motion was served via CM/ECF on the debtor's attorney of record whose name is listed below on the 13 day of March 2024

 /s/ Dominic Tassoni

Debtor(s):
    JANICE MARIE BENNETT

    3303 E STATE ST #1018
    ROCKFORD, IL   61108
Attorney:
    ATTORNEY GARY C FLANDERS
    ONE COURT PLACE #201
    ROCKFORD, IL   61101-