# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JANICE MARIE BENNETT | ) | CASE NO. 23-80275 |
| | ) | |
| Debtor(s) | ) | |

**NOTICE OF THE MOTION**

Debtor(s):  Debtor(s) Attorney
  JANICE MARIE BENNETT  ATTORNEY GARY C FLANDERS
  ONE COURT PLACE #201
  2403 SKOKIE DRIVE
  ROCKFORD, IL   61108  ROCKFORD, IL   61101-

Please take notice that on August 1, 2024 at 8:30 a.m. I or my designee will appear before the Honorable Judge Thomas M. Lynch, or any judge sitting in that judge's place, **either** in courtroom 3100 of the Stanley J. Roszkowski U.S. Courthouse, 327 S. Church St. Rockford, IL 61101, **or** electronically as described below.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.   All others must appear in person.**
  **To appear by Zoom using the internet,** use this link: https://www.zoomgov.com
  Then enter the meeting ID and Passcode.
  **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
  **Meeting ID and password**. The meeting ID for this hearing is 160 291 5226 and password is 852255. The meeting ID and password can also be found on the judge's page on the court's web site.
  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without hearing.

I, the undersigned being first duly sworn on oath, depose and state that I served a copy of this **MOTION TO DISMISS** upon attorney of record for the debtor via electronic notification that occurs automatically upon the filing of said Motion to Dismiss.   I further swear that I served a copy upon the Debtor(s) to their current address on file with the Trustee's office by mailing a true and correct copy in a properly addressed envelope, postage pre-paid at Rockford, IL   at or about the hour of 5:00 p.m. on June 28, 2024.

/s/Sarah Hillhouse_____

**MOTION TO DISMISS**

Now comes Lydia S. Meyer, Trustee in the above-entitled case and moves the Court to dismiss this case in support thereof states:

1. The trustee's office has requested that the debtor(s) provide a complete copy of his/her/their most recent tax return.

2. As of today's date, the debtor(s) has/have failed to provide the same.

WHEREFORE, the trustee prays that this case be dismissed for debtor(s) failure to provide complete copies of their requested tax return pursuant to 11 U.S.C. Section 521.

  Respectfully submitted,

  /s/Lydia S. Meyer_____
  LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368